|  | Filed by Plaintiff/Petitioner | Case Number: 2016CV031279 | | | | Division: 3 | | |
|---|---|---|---|---|---|---|---|---|
|  | Filed by Defendant/Respondent | Case Type: Fraud | | | | Judicial Officer: David John Stevens | | |
|  | Filed by Court | Case Caption: Hardy, Steven et al v. Flood, Mervin J et al | | | | Court Location: Douglas County | | |

[Download]   Show 20 ▼   1 - 4 of 4

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| ☐ 95E58FE4E56DA | 03/13/2017 2:29 PM | Andrew Paul Garnett | Taylor Anderson LLP | Mervin J Flood, Susan S Flood | ☐ | Entry of Appearance | Entry of Appearance for Defendant | Public |
| ☐ FBA2878E9D282 | 03/01/2017 3:15 PM | Michael Bohn Esq. | Bohn Aguilar LLC | Jody Whitson Hardy, Steven Hardy | ☐ | Return of Service | Proof of Service of Summons and Complaint upon the Defendant Mervin Flood, personally, on 2/23/17 | Public |
|  |  |  |  |  | ☐ | Return of Service | Proof of Service of Summons and Complaint upon Defendant Susan Flood by handing documents to Mervin Flood on 2/28/17 | Public |
| ☐ A14973037B287 | 12/28/2016 3:22 PM | Michael Bohn Esq. | Bohn Aguilar LLC | Jody Whitson Hardy, Steven Hardy | ☐ | Complaint w/Jury Demand | Complaint w/Jury Demand - $414.00 | Public |
|  |  |  |  |  | ☐ *(Related Document)* Civil Case Cover Sheet *(Related Document)* | Civil Case Cover Sheet | Public |
| ☐ N/A (Details) | 12/28/2016 | Paul A King | Douglas County | N/A | ☐ | Order | Delay Reduction Order | Public |

1 - 4 of 4

# Exhibit 1

| | |
|---|---|
| District Court, County of Douglas, State of Colorado<br>4000 Justice Way<br>Castle Rock, Colorado 80109 | DATE FILED: December 28, 2016 3:22 PM<br>FILING ID: A14973037B287<br>CASE NUMBER: 2016CV31279 |
| **Plaintiffs**:<br><br>STEVEN HARDY and JODY WHITSON-HARDY,<br><br>**Defendants**:<br><br>MERVIN J. FLOOD and SUSAN S. FLOOD. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiffs:*<br><br>BOHN AGUILAR, LLC<br>355 South Teller Street, Suite 200<br>Lakewood, Colorado 80226<br>Phone: (303) 832-2494<br>Michael G. Bohn, # 18716<br>email:  mbohn@bohnaguilar.com | Case No: _____<br><br>Division _____ |
| **District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint,<br>Counterclaim, Cross-claim or Third Party Complaint** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

    ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

    ☒ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

    ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

**Exhibit 1**

|   |   |
|---|---|
|   | ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or** |
|   | ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case. |
| 3. | ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38.  (Checking this box is optional.) |

Respectfully submitted this 28th day of December 2016.

S/ Michael G. Bohn

2

**Exhibit 1**

| | |
|---|---|
| District Court, County of Douglas, State of Colorado<br>4000 Justice Way<br>Castle Rock, Colorado 80109 | DATE FILED: December 28, 2016 3:22 PM<br>FILING ID: A14973037B287<br>CASE NUMBER: 2016CV31279 |
| **Plaintiffs**:<br><br>STEVEN HARDY and JODY WHITSON-HARDY,<br><br>**Defendants**:<br><br>MERVIN J. FLOOD and SUSAN S. FLOOD. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Plaintiffs:*<br><br>BOHN AGUILAR, LLC<br>355 South Teller Street, Suite 200<br>Lakewood, Colorado 80226<br>Phone: (303) 832-2494<br>Michael G. Bohn, # 18716<br>email:  mbohn@bohnaguilar.com | Case No:<br><br>Division: |
| **Complaint and Jury Demand** | |

Plaintiffs, Steven Hardy and Jody Whitson-Hardy, by and through their counsel, Bohn Aguilar, LLC, and for their Complaint and Jury Demand against the above-named Defendants, state and allege as follows:

**Parties, Jurisdiction and Venue**

1. Plaintiffs Steven Hardy and Jody Whitson-Hardy ("Plaintiffs" or "the Hardys") are individuals and residents of the State of Colorado.

2. Defendants Mervin J. Flood and Susan S. Flood (collectively, "Defendants") are individuals.

3. By virtue of the facts alleged herein, the Court has jurisdiction over the subject matter of this civil action and over each of the parties.

4. Venue is proper in this judicial district pursuant to, *inter alia*, C.R.C.P. 98.

**General Allegations**

**Exhibit 1**

5. Plaintiffs purchased from Defendants certain real property located at 9875 Running Buffalo Road in Franktown, Douglas County, Colorado (the "Property"), pursuant to the terms of a written Contract to Buy and Sell Real Estate (the "Agreement").

6. Prior to closing on the Property, Defendants made written and oral representations to the Hardys concerning the condition of the Property, including, but not limited to, whether the Property had moisture or water problems and whether improvements to the Property had been built in compliance with governmental building code requirements. Those representations were material and false.

7. As a result of the actions and omissions of Defendants, Plaintiffs have sustained and will sustain damages including, by way of illustration but not limitation, property damage, diminished value of the Property, costs of repairs, loss of improvements, increased tax liabilities, costs of relocation and temporary living and storage space, loss of use of all or portions of the Property, and wrongful eviction and invasion of rights to private occupancy.

8. Defendants' tortious or otherwise wrongful conduct, described herein, arises from circumstances of willful and wanton conduct and was accompanied by fraud, malice and a reckless disregard of the rights and feelings of persons like Plaintiffs.

9. Prior to commencement of this suit, Plaintiffs attempted in good faith to mediate the dispute pursuant to the terms of the Agreement, to no avail.

**First Claim for Relief**
**(Breach of Contract)**

10. Plaintiffs incorporate all preceding allegations as though fully set forth herein.

11. Plaintiffs and Defendants entered into an agreement as alleged above.

12. Plaintiffs performed their obligations under the Agreement.

13. Defendants materially breached the Agreement by, among other things, misrepresenting various conditions of the Property, including, but not limited to, water and moisture problems and whether improvements to the Property were constructed and completed pursuant to the requisite government building code and permitting process; and breaching the implied covenant of good faith and fair dealing.

14. Defendants' breaches of the Agreement have caused and continue to cause damage to Plaintiffs.

15. Accordingly, Plaintiffs are entitled to judgment against Defendants upon this First Claim for Relief in accordance with the Demand for Judgment set forth below.

## Second Claim for Relief
### (Fraud)

16. Plaintiffs incorporate all preceding allegations as though fully set forth herein.

17. Defendants stood to gain financially from the sale of the Property to Plaintiffs. To accomplish the sale of the Property and reap such financial gain, Defendants fraudulently induced Plaintiffs to enter into the Agreement.

18. Defendants made affirmative representations concerning, among other things, compliance with government imposed building requirements, including permitting requirements, and representations that they had no knowledge of water leaks or water penetration, among other matters.

19. At the time of the representations, Defendants knew that the representations were false and were aware that Plaintiffs did not know whether the representations were true or false.

20. Defendants made these representations with the intent that Plaintiffs would rely on the representations.

21. Plaintiffs justifiably relied upon Defendants' foregoing representations and omissions.

22. This justifiable reliance caused injuries, damages and losses to Plaintiffs. As a result of Defendants' intentional and willful misconduct, Plaintiffs are entitled to damages in an amount to be determined at trial.

23. Plaintiffs are entitled to judgment against Defendants upon this Second Claim for Relief in accordance with the Demand for Judgment set forth below.

## Third Claim for Relief
### (Negligent Misrepresentation)

24. Plaintiffs incorporate all preceding allegations as though fully set forth herein.

25. Defendants made affirmative representations concerning, among other things, compliance with government imposed building requirements, including permitting requirements, and representations that they had no knowledge water leaks or water penetration, among other matters, with the intent that Plaintiffs would purchase the Property in reliance upon the information provided.

26. Plaintiffs justifiably and reasonably relied upon Defendants' foregoing representations and omissions.

3

**Exhibit 1**

27. Defendants' representations were false.

28. Defendants should have known the representations they made to Plaintiffs were false and that such misrepresentations and/or the failure to disclose the true facts concerning the Property would create incorrect impressions in the minds of Plaintiffs.

29. As a proximate and direct result of the Defendants' misrepresentations and/or concealment, Plaintiffs suffered substantial damages and losses and are entitled to compensatory damages in addition to an award of other damages and litigation fees and costs against Defendants in accordance with applicable law.

30. Accordingly, Plaintiffs are entitled to judgment against Defendants upon their Third Claim for Relief in accordance with the Demand for Judgment set forth below.

## Demand for Judgment

WHEREFORE, Plaintiffs request that this Court enter judgment in their favor as follows:

A. Awarding Plaintiffs such actual, compensatory, consequential, and incidental damages as they have suffered as a result of the conduct described in each of the Claims for Relief set forth above;

B. Awarding Plaintiffs all other costs they have incurred and will incur in this action, including, but not limited to, expert witness fees and attorney fees, together with pre- and post-judgment interest, all in accordance with applicable agreements and law; and

C. Awarding such other and further relief as is necessary and appropriate to remedy the harms inflicted by Defendants and losses incurred by Plaintiffs so as to fully and properly vindicate the cognizable rights and interests of Plaintiffs.

## Jury Demand

Plaintiffs demand a jury trial of six on all claims so triable.

Respectfully submitted this 28th day of December 2016.

S/ Michael G. Bohn

Plaintiffs' address:
9875 Running Buffalo Road
Franktown, Colorado

| | |
|---|---|
| DISTRICT COURT<br>Douglas Combined Courts<br>4000 Justice Way Suite 2009<br>Castle Rock CO 80109<br>720-437-6200 | ▲ COURT USE ONLY ▲<br>FILED: December 28, 2016<br>CASE NUMBER: 2016CV31279 |
| **Plaintiff: Steven Hardy, et al**<br>**Defendants: Mervin J. Flood, et al** | Case Number: 16CV31279<br><br>Division:3 |
| **DELAY REDUCTION ORDER**<br>(FOR CASES FILED ON OR AFTER JULY 1, 2015) | |

This Court is on a delay reduction docket.

    A.    For all civil actions, the following deadlines must be met:

        1.    <u>Service of Process</u>:  Returns of service on all defendants shall be filed within 63 days after the date of the filing of the complaint.

        2.    <u>Default Judgment</u>:  Application for default judgment shall be filed within 35 days after default has occurred.

        3.    <u>Trial Setting</u>:

            a.    For actions governed by C.R.C.P. 16, the trial shall be set at the case management conference.  Pursuant to C.R.C.P. 16(d)(1), the case management conference shall be held no later than 49 days after the case is at issue. The responsible attorney shall file and serve a notice to set the case management conference no later than 7 days after the case is at issue. The proposed case management order is due no later than 7 days prior to the conference.

                i.    "The responsible attorney" shall mean plaintiff's counsel, if the plaintiff is represented by counsel, or if not, the defense counsel who first enters an appearance in the case.

                ii.    A case shall be deemed at issue when all parties have been served and all pleadings permitted by C.R.C.P. 7 have been filed or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the Court may direct.

            b.    For actions governed by Simplified Procedure under C.R.C.P. 16.1, the responsible attorney shall set the case for trial pursuant to C.R.C.P. 121, 1-6 no later than 42 days after the case is at issue, unless otherwise ordered by the Court.

                i.    "The responsible attorney" shall mean plaintiff's counsel, if the plaintiff is represented by counsel, or if not, the defense counsel who first enters an appearance in the case.

**Exhibit 1**

    ii. A case shall be deemed at issue when all parties have been served and all pleadings permitted by C.R.C.P. 7 have been filed or defaults or dismissal have been entered against all non-appearing parties, or at such other time as the Court may direct.

B. A District Court Civil Cover Sheet (JDF 601) shall be filed with all civil complaints.

C. Plaintiff shall send a copy of this Order to all other parties who enter an appearance, and shall file a certificate of mailing within 14 days following the entry of appearance.

D. Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case a document entitled "Information Regarding Case(s)" informing the Court of the related case(s) and stating whether consolidation is appropriate.

E. If an attorney or pro se party fails to comply with this Order, the Court may dismiss the case without prejudice.

December 28, 2016

                BY THE COURT:

                *[signature]*

                Presiding Judge Douglas County

**Exhibit 1**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Michael Bohn<br>Bohn Aguilar LLC<br>355 South Teller Street #200 Lakewood, CO 80226<br>TELEPHONE NO.: (303) 832-2494 \| FAX NO. \| E-MAIL ADDRESS (Optional): mbohn@bohnaguilar.com<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |

IN THE DOUGLAS COUNTY COURT OF COLORADO
STREET ADDRESS: 4000 JUSTICE WAY, SUITE 2009
MAILING ADDRESS:
CITY AND ZIP CODE: CASTLE ROCK, CO 80109
BRANCH NAME:

DATE FILED: March 1, 2017 3:15 PM
FILING ID: FBA2878E9D282
CASE NUMBER: 2016CV31279

Hearing Date: Room:
Hearing Time: Dept:

PLAINTIFF: Steven Hardy, et al
DEFENDANT: Mervin J. Flood, et al

CASE NUMBER: 2016CV031279

**PROOF OF SERVICE**

Ref. No. or File No.: Hardy/Flood

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

Summons, Complaint and Jury Demand

PARTY SERVED: Mervin J. Flood
DATE & TIME OF DELIVERY: 2/23/2017 9:24 PM
ADDRESS, CITY, AND STATE: 20160 East Coyote Creek Lane
Clements, CA 95227

PHYSICAL DESCRIPTION:
Age: 58   Weight: 180   Hair: Gray
Sex: Male   Height: 5'8   Eyes:
Skin: White   Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 105.00
County: San Joaquin
Registration No.: PS-500
Solano Legal, Inc
710 Empire Street
Fairfield, CA 94533
(707) 426-6066
Ref: Hardy/Flood

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 28, 2017.

Signature: _____
NICOLAS PENALOZA

**PROOF OF SERVICE**

Order#: 5325   /General

**Exhibit 1**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Michael Bohn<br>Bohn Aguilar LLC<br>355 South Teller Street #200 Lakewood, CO 80226<br>TELEPHONE NO.: (303) 832-2494 | FAX NO. | E-MAIL ADDRESS (Optional): mbohn@bohnaguilar.com<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |
| IN THE DOUGLAS COUNTY COURT OF COLORADO<br>STREET ADDRESS: 4000 JUSTICE WAY, SUITE 2009<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: CASTLE ROCK, CO 80109<br>BRANCH NAME: | DATE FILED: March 1, 2017 3:15 PM<br>FILING ID: FBA2878E9D282<br>CASE NUMBER: 2016CV31279<br><br>Hearing Date:  Room:<br>Hearing Time:  Dept: |
| PLAINTIFF: Steven Hardy, et al<br>DEFENDANT: Mervin J. Flood, et al | CASE NUMBER:<br>2016CV031279 |
| PROOF OF SERVICE | Ref. No. or File No.:<br>Hardy/Flood |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

Summons, Complaint and Jury Demand

PARTY SERVED: Susan S. Flood
BY LEAVING WITH: Mervin J. Flood - Co-Occupant
DATE & TIME OF DELIVERY: 2/28/2017
5:09 PM
ADDRESS, CITY, AND STATE: 20160 East Coyote Creek Lane
Clements, CA 95227

PHYSICAL DESCRIPTION:
Age: 58    Weight: 180    Hair: Gray
Sex: Male  Height: 5'8    Eyes:
Skin: White  Marks:

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Mervin J. Flood a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on from .

Fee for Service: $ 32.50
County: San Joaquin
Registration No.: PS-500
Solano Legal, Inc
710 Empire Street
Fairfield, CA 94533
(707) 426-6066
Ref: Hardy/Flood

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on February 28, 2017.

Signature: _____
Nicolas Penaloza

PROOF OF SERVICE

Order#: 5325   /General

**Exhibit 1**

| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO<br>4000 Justice Way<br>Castle Rock, CO 80109 | DATE FILED: March 13, 2017 2:29 PM<br>FILING ID: 95E58FE4E56DA<br>CASE NUMBER: 2016CV31279 |
| **Plaintiff:**<br><br>STEVEN HARDY and JODY WHITSON-HARDY<br><br>v.<br><br>**Defendants:**<br><br>MERVIN J. FLOOD and SUSAN S. FLOOD. | ▲ **COURT USE ONLY** ▲ |
| **Attorneys for Defendants Mervin J. Flood and Susan S. Flood:**<br>Kevin S. Taylor, Bar No: 20209<br>Kyle P. Seedorf, Bar No: 33928<br>Andrew P. Garnett, Bar No: 45220<br>Taylor\|Anderson, LLP<br>1670 Broadway, Suite 900<br>Denver, CO 80202<br>Tele: (303) 551-6660<br>Fax: (303) 551-6655<br>ktaylor@talawfirm.com<br>kseedorf@talawfirm.com<br>agarnett@talawfirm.com | Case No.: 2016CV31279<br><br>Division: 3 |
| **ENTRY OF APPEARANCE** ||

Kevin S. Taylor, Kyle P. Seedorf, and Andrew P. Garnett of Taylor Anderson LLP, hereby enter their appearance as counsel of record for Defendants Mervin J. and Susan S. Flood. Please include the undersigned on all future correspondence and pleadings.

{00061746 }1

**Exhibit 1**

**DATED** this 13th day of March, 2017.

Respectfully Submitted,

By: /s/ *Andrew P. Garnett*
Kevin S. Taylor, Bar No: 20209
Kyle P. Seedorf, Bar No: 33928
Andrew P. Garnett, Bar No: 45220
Taylor|Anderson, LLP
1670 Broadway, Suite 900
Denver, CO  80202
Tele: (303) 551-6660
Fax: (303) 551-6655
ktaylor@talawfirm.com
kseedorf@talawfirm.com
agarnett@talawfirm.com

*Attorneys for Mervin J. and Susan S. Flood*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served electronically through Colorado Courts E-Filing upon the following:

All counsel of record.

By: */s/ Sharon Burkhalter*
Sharon Burkhalter

{00061746 }2

**Exhibit 1**